**Henry PERRY–BEY, Plaintiff–Appellant,**

v.

**Corporal FROCK; Barry Stanton, Director; Abu Kalokoh, Medical Director, Prince George's County Correctional Center, Defendants–Appellees.**

No. 01–7826.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Henry Perry–Bey, Appellant Pro Se. William Antoine Snoddy, Associate County Attorney, Sean Daniel Wallace, John Anthony Bielec, County Attorney's Office, Upper Marlboro, Maryland; Philip Melton Andrews, George Eugene Brown, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Henry Perry–Bey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Perry–Bey v. Frock*, No. CA–01–899–PJM (D. Md. filed Oct. 16, 2001; entered Oct. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*